FILED

08/08/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0333

IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court No. DA 23-0333

PHILADELPHIA INDEMNITY
INSURANCE COMPANY,

      Appellant/Third-Party Plaintiff,

v.

MARTIN J. O'LEARY, KIMBERLY K.
FORRESTER, and the SEDGWICK LLP
LIQUIDATING TRUST AS
SUCCESSOR IN INTEREST TO
SEDGWICK LLP,

      Appellees/Third-Party Defendants.

**ORDER**

On Appeal from the Fourth Judicial District Court, Missoula County
Cause No. DV-18-1357
The Honorable Shane Vannatta, Presiding
_____

Appellant/Third-Party Plaintiff Philadelphia Indemnity Insurance Company ("Philadelphia") has moved, unopposed, for a 30-day extension of time, up to and including September 22, 2023, to file its Opening Brief, which is currently set for August 25, 2023. Good cause appearing,

IT IS ORDERED that Philadelphia's motion is granted, and it may have up to and including September 22, 2023 in which to file its Opening Brief.

Dated: _____

_____
Clerk of the Supreme Court

cc:    Matthew B. Hayhurst/Thomas J. Leonard
       David M. McLean/Ryan C. Willmore

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
August 8 2023